

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Joseph E. Jemiolo ,

_____ ,

_____ ,

vs

(Full name of defendants))
Super.  Lt.
Mr. Hyatt, Mr. Kinnager,
   co.        co.
Mr. Houston, Mr. Renow,
commissioner.
Robert E. Carter, State of Ind., et al,

                                   Of. m er and et
Wexford medical, Don Bobby___, Jenifer Austin, R.n., Vernie Fanning,
Head of medical Lynn Fry  Regional Director LeeAnn Ivers.

**FILED**
**2:28 pm, Nov 29, 2018**
**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

Case Number:
1:18-cv-3750-JPH-DLP

_____
(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of ___Indiana_____, and is located at
                                   (State)

   __3038 W. 850 S. Bunker Hill In 46914.__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Miami Correctional Facility et al,_____
              __Wexford medical et al,__                    (Name)

   is (if a person or private corporation) a citizen of __united States__

D-6 (revised 12/28/15)                    Complaint - 1

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)
and (if a person) resides at ___miami correctional facility 3038 W 850 S · Bunkerhill In 46914___
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for ___miami correctional facility, wexford medical___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1). Superintendent Mr. Hyatt, Lt. Kinnager, Co. Houston, Co. Renow Doc Commissioner Robert E. Carter, H.S.A. Bobby ___, RN. Verna's Fanning, RN. Conifer Auston, Head of nursing Lynn Fox Regional Director Lee Ann Ivers

2.) Sence 2016 I've Been at miami correctional facility's medical Because of my medical needs (cancer). Now Mr. Hyatt the superintendent and the Doc. Commissioner Robert E. Carter know about my medical needs. They also know I'm wife el frier and havent couse any problem for the cos or medical. They had and have the power to allow me to have leg restraints only

not on Because of The cancer and Keemo Thats injected into my body which makes it hard for me to walk amongst other issues. Head of nursing Lynn Fry has the authority to allow me to have a wheel chair for my trips But she Refuses Because I Refused to sign a DNR (Do not Rescusitate) Form she told me if I signed she would make it to where I wouldn't Feel any Pain But since I Refused to sign she said I would hurt very Bad till I die. I've had cancer since 2012 and I've been at Miami correctional Facility since 2016 my cancer is Terminal and Progressing since I've Been Here my Eyes have gone and my Heart has gotten weaker on April 14, 2018 I had a out side Appointment with a cardiologist Dr Shepler at Kokomo In, I had my cancer Appointment couple days Before and was weak From the Keemo The Two correctional officers Co. Houston & Co Renow was the two Co's who were taking me to my Appointment They chain me up and Then chain my legs it took a few minutes to do my legs Because I couldn't stand that well so I was made to Put my Knees in chair and cuffed that way I Explained to the Co's I wasn't Feeling right and wished I could take a wheel chair I was denied Because they already had Transport van. not wheel chair van. I got to Dr Shepler Heart doctor and have my visit and as I'm leaving I have to go down 5 steps as I start the Co. Houston reach to grab my chains and wrist instead.

he hit my Back I fell 5th concrete steps Face First. When co. Houston and co. Renrow Picked me up I was Bleeding very Bad From my nose, lips, forehead and elbows. Both eyes started swelling closed and Brusing started very quickly. The nurse at the Heart Doctor's came to the Door and thought the co's had shot me. There was so much Blood. The nurse said you need to take Joe to the Hospital and co. Houston said no I have to call my Lt. Kinnager. Lt. Kinnager said him and medical Talk and decided to refuse made co. Houston and co. Renrow Bring him Back to Prison. I Bled All the way Back to the Prison Blood was every where and when I got to the Prison my Eyes were Black & Blue, Broken nose, concussion. Both knees were swollen and I couldn't walk the co's got me A wheel chair and Pushed me in to the Infirmary when I was brought in RN. Gaither Austen, RN. Vernia Fanning, Lee Sam Ivers, Lynn Fry, Don. Bobby Both Co's Houston, Renow, Lt Kinnager, I.A. were taking Pictures I sat there for half a hour why they took pictures and laughed and made Comments about me. RN. Vernia Fanning came to me and slapped a Bag of Ice on my face no one tried to stop the Bleeding and I was still in cuffs the whole time I was Back in Infirmary. RN. Vergia Fanning told RN. Gaither Austen, Lynn Fry, and Doctors I was on to much medication Because I couldn't keep my head up so the Doctor cuts my meds (Dr. merandet) in Half Even Though I need them for my cancer Then Lynn Fry reminds me about the D.N.R. Form and smiles. Finally was put in my Bed and the next morning when I woke I still had the same Bloody Clothes on and Both eyes were swollen all most shut. When I asked for Grievance Form I was Refused So couple day go by and I ASK again for Grievance Forms I was Refused once again. when I asked about Pictures and how could I get A copy they said what pictures and laughed. Now to this date I'm still not Allowed to use wheel chair for my outside visits and my cancer pain medication hasn't Been Put Back But on a Regular Basis I'm reminded About D.O.N (Do Not Resssitate)

3) April 14, 2018

4) Heart Doctors Dr. Shepler Kokomo close to Hospital Miami Correctional Facility's Infirmary.

5) Why the C/O's Houston & C/O Benras didn't just take me to Hospital or call ambulance I'm not sure. The Lt. Kinnager didn't want to do Extra Paper work. Medical is mad Because I've cost so much money to Keep me Alive and I won't sign DNR so I'm given a Hard time Always. The superintendent and the commissioner Feels that its not their job to help Inmates But Punish them always for All other reasons such as laughing at me while I was Bleeding Refusing me medical I'm not sure and why medical Lynn Fry is mad Because I won't let her win by signing her DNR. (Do not Resusitate.)

April 14, 2018

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
  OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I'm asking That There Be Policy Change For the Terminaly Ill Inmates on How we are Transported. I'm Also Asking That the Defendants are Found Guilty of violating my Rights Amendment 8-14th and For being Deliberate & Indifferent to me also and most of all violating my Safty & security At the Time and Refusing me medical Treatment when I was At Hospital. With This Said I'm Asking that Each Defendant Pay For my Pain and suffering $50,000.00 Each equaling $600,000.00 Thousand. This is For I'm A Inmate with Terminal Cancer and have Pain and suffering everyday But the Defendants have Added so much Extra Pain which was unnessary.

## E. JURY DEMAND

[✓] Jury Demand – I want a jury to hear my case

OR

[ ] Court Trial – I want a judge to hear my case

Dated this **28** day of **November** 20**18**.

Respectfully Submitted,

X _Joseph Jemiola_
Signature of Plaintiff

**# 232750**
Plaintiff's Prisoner ID Number

_Miami Correctional Facility_

_3038 W. 850 S. Bunker Hill In 46914_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.